IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 07-cv-3025-ODS |
| v. | ) ) | **COMPLAINT** |
| EAGLEPICHER TECHNOLOGIES, LLC, | ) ) | **JURY TRIAL DEMAND** |
| Defendants. | ) ) | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to Camie Neal, who was adversely affected by such practices. The Commission alleges that Defendant EaglePicher Technologies, LLC, retaliated against Brenda McCollum because of her complaints of unlawful sex discrimination and her participation in the statutory complaint process, ultimately terminating her employment in retaliation for her protected activity.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Missouri, Southwestern Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendants have continuously been a doing business in the State of Missouri and the City of Joplin, functioning as a single employer and continuously employing at least 15 employees.

5. At all relevant times, Defendants have continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Brenda McCollum filed a charge with the Commission alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. From approximately September 2004 through the present, Defendant Employer engaged in the following unlawful employment practices at their Joplin, Missouri facility in violation of Section 703(a)(1) and 704(a) of Title VII, 42 U.S.C. § 2000e-2(a)(1) and 3:

(a) Defendant retaliated against Brenda McCollum because of her complaints about employment discrimination and her participation in the statutory complaint process;

(b) Defendant subjected Brenda McCollum to different terms and conditions of employment on the basis of sex and in retaliation for her complaints about discrimination and participation in the statutory complaint process; and

(c) Defendant unlawfully terminated Brenda McCollum's employment on the basis of sex and in retaliation for her complaints about discrimination and participation in the statutory complaint process.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Brenda McCollum of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Brenda McCollum.

## **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in sexual harassment, sex discrimination in terms and conditions of employment, sex discrimination

in terminations, retaliation, and any other employment practice which discriminates on the basis of sex.

B.   Order Defendant Employer to institute and carry out policies, practices, and programs that provide equal employment opportunities for women, and that eradicate the effects of its past and present unlawful employment practices.

C.   Order Defendant Employer to make whole Brenda McCollum, by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D.   Order Defendant Employers to make whole Brenda McCollum, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including job search and medical expenses, in amounts to be determined at trial.

E.   Order Defendant Employers to make whole Brenda McCollum by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

F.   Order Defendant Employers to pay Brenda McCollum punitive damages for their malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

G.   Grant such further relief as the Court deems necessary and proper in the public interest.

H.   Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by this complaint.

>
> Respectfully submitted,
>
> RONALD S. COOPER
> General Counsel
>
> JAMES L. LEE
> Deputy General Counsel
>
> GWENDOLYN YOUNG REAMS
> Associate General Counsel
>
> /s/ Robert G. Johnson
> ROBERT G. JOHNSON
> Regional Attorney
>
> /s/ Barbara A. Seely
>
> BARBARA A. SEELY
> Supervisory Trial Attorney
> U.S. EQUAL EMPLOYMENT
> OPPORTUNITY COMMISSION
> St. Louis District Office
> 1222 Spruce St., Room 8.100
> St. Louis, MO 63103
> (314) 539-7914
> FAX: (314) 539-7895
> e-mail: robert.johnson@eeoc.gov
> barbara.seely@eeoc.gov
>
> /s/ Andrea G. Baran
>
> ANDREA G. BARAN    MO #46520
> Senior Trial Attorney
> U.S. EQUAL EMPLOYMENT
> OPPORTUNITY COMMISSION
> Kansas City Area Office
> 400 State Avenue, Suite 905
> Kansas City, KS 66101
> (913) 551-5848
> FAX: (913) 551-6957
> e-mail: andrea.baran@eeoc.gov